| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-17684-AMC

| | |
|---|---|
| Nicholle C. Donahue | Petition Filed Date: 12/10/2019 |
| 12501 Fedor Road | 341 Hearing Date: 01/24/2020 |
| Philadelphia  PA    19154 | Confirmation Date: 07/15/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $450.00 | | 10/02/2023 | $455.00 | | 10/30/2023 | $1,400.00 | |
| 12/11/2023 | $1,500.00 | | 01/18/2024 | $1,450.00 | | 02/22/2024 | $1,425.00 | |
| 04/12/2024 | $1,888.00 | | 07/08/2024 | $2,862.00 | | | | |

**Total Receipts for the Period: $11,430.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $49,634.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nicholle C. Donahue | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | TEA OLIVE, LLC<br>»» 002 | Unsecured Creditors | $4,589.22 | $0.00 | $4,589.22 |
| 2 | MONROE & MAIN<br>»» 003 | Unsecured Creditors | $389.00 | $0.00 | $389.00 |
| 3 | MASSEY'S<br>»» 004 | Unsecured Creditors | $633.84 | $0.00 | $633.84 |
| 4 | THE SWISS COLONY<br>»» 005 | Unsecured Creditors | $277.91 | $0.00 | $277.91 |
| 5 | CITADEL CREDIT UNION<br>»» 006 | Unsecured Creditors | $199.26 | $0.00 | $199.26 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $19,289.48 | $11,894.45 | $7,395.03 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,063.80 | $0.00 | $1,063.80 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $576.43 | $0.00 | $576.43 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $509.42 | $0.00 | $509.42 |
| 10 | VERIPRO SOLUTIONS INC<br>»» 011 | Secured Creditors | $41,767.71 | $25,755.18 | $16,012.53 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $990.51 | $610.78 | $379.73 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 12 | NATIONSTAR MORTGAGE LLC<br>»» 013 | Secured Creditors | $2,596.19 | $1,293.99 | $1,302.20 |

Chapter 13 Case No. 19-17684-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,634.00 | Current Monthly Payment: | $954.00 |
| Paid to Claims: | $45,304.40 | Arrearages: | $1,908.00 |
| Paid to Trustee: | $4,329.60 | Total Plan Base: | $78,254.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.