*Form 167* (1/25)–doc 125 – 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>    Nicholle C. Donahue    )<br>    )<br>    )<br>    Debtor(s).    )<br>    )<br>    ) | Case No. 19–17684–amc<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor HSBC Bank USA, National Association

on: 3/5/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: February 7, 2025                                                                        For The Court

                                                                                              Timothy B. McGrath
                                                                                              Clerk of Court