| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 19-17684-AMC

Nicholle C. Donahue
12501 Fedor Road
Philadelphia  PA    19154

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $960.00 | | 11/07/2024 | $1,500.00 | | 11/21/2024 | $1,500.00 | |
| 12/03/2024 | $820.00 | | 01/15/2025 | $960.00 | | 02/26/2025 | $960.00 | |
| 03/26/2025 | $960.00 | | 05/07/2025 | $1,400.00 | | 05/21/2025 | $950.00 | |
| 06/24/2025 | $800.00 | | 07/02/2025 | $680.00 | | 07/29/2025 | $980.00 | |

**Total Receipts for the Period: $12,470.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $62,104.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nicholle C. Donahue | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | TEA OLIVE, LLC<br>»»  002 | Unsecured Creditors | $4,589.22 | $0.00 | $4,589.22 |
| 2 | MONROE & MAIN<br>»»  003 | Unsecured Creditors | $389.00 | $0.00 | $389.00 |
| 3 | MASSEY'S<br>»»  004 | Unsecured Creditors | $633.84 | $0.00 | $633.84 |
| 4 | THE SWISS COLONY<br>»»  005 | Unsecured Creditors | $277.91 | $0.00 | $277.91 |
| 5 | CITADEL CREDIT UNION<br>»»  006 | Unsecured Creditors | $199.26 | $0.00 | $199.26 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»»  007 | Mortgage Arrears | $19,289.48 | $15,285.93 | $4,003.55 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $1,063.80 | $0.00 | $1,063.80 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  009 | Unsecured Creditors | $576.43 | $0.00 | $576.43 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  010 | Unsecured Creditors | $509.42 | $0.00 | $509.42 |
| 10 | VERIPRO SOLUTIONS INC<br>»»  011 | Secured Creditors | $41,767.71 | $33,098.80 | $8,668.91 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»»  012 | Secured Creditors | $990.51 | $770.91 | $219.60 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 12 | NATIONSTAR MORTGAGE LLC<br>»»  013 | Secured Creditors | $2,596.19 | $1,891.20 | $704.99 |

**Chapter 13 Case No. 19-17684-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,104.00 | Current Monthly Payment: | $954.00 |
| Paid to Claims: | $56,796.84 | Arrearages: | $886.00 |
| Paid to Trustee: | $5,293.14 | Total Plan Base: | $78,254.00 |
| Funds on Hand: | $14.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.