**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                          Case No. 19-17684-amc
                                                Chapter 13

Nicholle C. Donahue

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of March, 2026, to the following:

David B. Spitofsky
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401
spitofskybk@verizon.net
*Attorney for Debtor(s)*

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter 13 Trustee*

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Nicholle C. Donahue
12501 Fedor Road
Philadelphia, PA 19154

*Debtor(s)*

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire