United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-17684-amc

Nicholle C. Donahue                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                                    Page 1 of 2

Date Rcvd: Apr 02, 2026                        Form ID: trc                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14437321 | ^ MEBN | Apr 03 2026 00:19:39 | Veripro Solutions, Inc., P.O. Box 3572, Coppell, TX 75019-5538 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates amps@manleydeas.com |
| ADAM BRADLEY HALL | on behalf of Creditor HSBC Bank USA  National Association amps@manleydeas.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Nicholle C. Donahue spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KEVIN M. BUTTERY | on behalf of Creditor HSBC Bank USA cdigianantonio@rascrane.com |
| MATTHEW K. FISSEL | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, |

District/off: 0313-2                     User: admin                                          Page 2 of 2

Date Rcvd: Apr 02, 2026                  Form ID: trc                                    Total Noticed: 1

                        Series 2006-CW1, Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

                        on behalf of Creditor HSBC Bank USA  National Association mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

STEVEN K. EISENBERG

                        on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust,
                        Series 2006-CW1, Asset Backed Pass-Through Certificates seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Stephen Franks

                        on behalf of Creditor HSBC Bank USA  National Association stephen.franks@dinsmore.com

United States Trustee

                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17684-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Nicholle C. Donahue
12501 Fedor Road
Philadelphia PA 19154

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/01/2026.

Name and Address of Alleged Transferor(s):

Claim No. 11: Veripro Solutions, Inc., P.O. Box 3572, Coppell, TX 75019

Name and Address of Transferee:

Rushmore Servicing
Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/04/26

Mohung Wong
**CLERK OF THE COURT**