**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **NICHOLLE C. DONAHUE** | : | |
| | : | |
| **DEBTOR** | : | **NO. 19-17684 (AMC)** |

**OBJECTION BY DEBTOR TO CERTIFICATION OF DEFAULT**
**BY HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE**
**SECURITIES CORP. HOME EQUITY TRUST, SERIES 2006-CW1, ASSET-BACKED**
**PASS-THROUGH CERTIFICATES**

Debtor, by and through counsel, objects to the Certification of Default filed by HSBC Bank

USA, National Association as Trustee for ACE Securities Corp. Home Equity Trust, Series 2006-

CW1, Asset-Backed Pass-Through Certificates for failure to comply with the terms of the

stipulation.

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net