*Form 167* (1/25)–doc 145 – 144

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Nicholle C. Donahue                          )          Case No. 19–17684–amc
                                                )
                                                )
   Debtor(s).                                   )          Chapter: 13
                                                )
                                                )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor HSBC Bank USA, National Association as Trustee for ACE
Securities Corp. Home Equity Loan Trust, Series 2006–CW1, Asset Backed Pass–Through Certificates

on: 4/29/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: April 10, 2026                                    For The Court

                                                       Mohung Wong
                                                       Clerk of Court