United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-17684-amc

Nicholle C. Donahue                                                                  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholle C. Donahue, 12501 Fedor Road, Philadelphia, PA 19154-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Apr 11 2026 00:32:00 | HSBC Bank USA, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                          Signature:                    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates amps@manleydeas.com |
| ADAM BRADLEY HALL | |
| | on behalf of Creditor HSBC Bank USA  National Association amps@manleydeas.com |
| DANIEL P. JONES | |
| | on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates djones@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 10, 2026                       Form ID: 167                                    Total Noticed: 2

DAVID B. SPITOFSKY
       on behalf of Debtor Nicholle C. Donahue spitofskybk@verizon.net
       spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KEVIN M. BUTTERY
       on behalf of Creditor HSBC Bank USA cdigianantonio@rascrane.com

MATTHEW K. FISSEL
       on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust,
       Series 2006-CW1, Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
       on behalf of Creditor HSBC Bank USA  National Association mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
       ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
       on behalf of Creditor HSBC Bank USA  National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust,
       Series 2006-CW1, Asset Backed Pass-Through Certificates seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Stephen Franks
       on behalf of Creditor HSBC Bank USA  National Association stephen.franks@dinsmore.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*Form 167* (1/25)–doc 145 – 144

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Nicholle C. Donahue                     )          Case No. 19–17684–amc
                                                    )
                                                    )
   Debtor(s).                             )          Chapter: 13
                                                    )
                                                    )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor HSBC Bank USA, National Association as Trustee for ACE
Securities Corp. Home Equity Loan Trust, Series 2006–CW1, Asset Backed Pass–Through Certificates

on: 4/29/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: April 10, 2026                                      For The Court

                                                         Mohung Wong
                                                         Clerk of Court