**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Nicholle C. Donahue<br><br>                    Debtor(s)<br>Anthony Donahue<br><br>                    Co-Debtor(s) | Chapter 13<br><br>Case Number: 19-17684-amc |

**WITHDRAWALOF CERTIFICATE OF DEFAULT**

HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certificate of Default filed on or about 04/08/2026, without prejudice.

Date: April 24, 2026                    Respectfully Submitted,

   */s/  Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: April 24, 2026

David B. Spitofsky
516 Swede Street
Norristown, PA 19401
spitofskybk@verizon.net
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Nicholle C. Donahue
12501 Fedor Road
Philadelphia, PA 19154
**Debtor(s)**

Anthony Donahue
12501 Fedor Rd
Philadelphia, PA 19154-1309
**Non Filing Co-Debtor**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant