Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Nicholle C. Donahue
12501 Fedor Road
Philadelphia, PA 19154

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 19-17684-AMC**

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/24/2020
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2025 | $1,900.00 | | 10/07/2025 | $960.00 | | 02/10/2026 | $1,960.00 | |
| 05/05/2026 | $1,920.00 | | 07/20/2026 | $2,750.00 | | 07/31/2026 | $960.00 | |

**Total Receipts for the Period: $10,450.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $74,454.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nicholle C. Donahue | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | TEA OLIVE, LLC<br>»» 002 | Unsecured Creditors | $4,589.22 | $0.00 | $4,589.22 |
| 2 | MONROE & MAIN<br>»» 003 | Unsecured Creditors | $389.00 | $0.00 | $389.00 |
| 3 | MASSEY'S<br>»» 004 | Unsecured Creditors | $633.84 | $0.00 | $633.84 |
| 4 | THE SWISS COLONY<br>»» 005 | Unsecured Creditors | $277.91 | $0.00 | $277.91 |
| 5 | CITADEL CREDIT UNION<br>»» 006 | Unsecured Creditors | $199.26 | $0.00 | $199.26 |
| 6 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 007 | Mortgage Arrears | $19,289.48 | $18,658.08 | $631.40 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,063.80 | $0.00 | $1,063.80 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $576.43 | $0.00 | $576.43 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $509.42 | $0.00 | $509.42 |
| 10 | RUSHMORE SERVICING<br>»» 011 | Secured Creditors | $41,767.71 | $40,400.54 | $1,367.17 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $990.51 | $958.09 | $32.42 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-17684-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | NATIONSTAR MORTGAGE LLC DBA MR COOPER »» 013 | Secured Creditors | $2,596.19 | $2,485.01 | $111.18 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $74,454.00 | Current Monthly Payment: | $954.00 |
| Paid to Claims: | $68,251.72 | Arrearages: | ($16.00) |
| Paid to Trustee: | $6,202.28 | Total Plan Base: | $78,254.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.